**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SVETLANA KHANIMOVA, as Parent and Natural
Guardian of R.N., and SVETLANA
KHANIMOVA, Individually,

                              Plaintiff,
       -against-                                            23 **CIVIL** 9531 (MMG)

                                                                    **<u>JUDGMENT</u>**

DAVID C. BANKS et al.,

                              Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 6, 2025, Plaintiff's motion for summary judgment is DENIED, and Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          March 7, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                                          **BY:**                  *K. Mango*

                                                                     **Deputy Clerk**